# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA ROSENDA MANCIO, | Case No. CV 2:21-09156 SVW (RAO) |
| Petitioner, | |
| v. | JUDGMENT |
| MONA D. HOUSTON, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

DATED:  November 7, 2024

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE